27813. PROCTOR *v.* THE STATE.

GUERRY, J. The evidence supported the verdict. The assignment of error on the ruling admitting evidence is without merit. The court did not err in overruling the defendant's motion for new trial.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED SEPTEMBER 26, 1939.

*Charles G. Reynolds,* for plaintiff in error.
*C. E. Anderson, solicitor,* contra.